United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

December 29, 2006

Eastern District of California
Office of the Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 937211

**FILED**
JAN 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Re: **MDL . 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>                                           CAE#
**McDonald v Ortho McNeil Pharmaceutical, Inc.**          1:06-1286

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-26) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

<u>**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**</u>

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____*Renee Schumitsh*_____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

A CERTIFIED TRUE COPY

DEC 21 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 288 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: _____ Deputy Clerk

74

# SCHEDULE CTO-26 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE  1   06-1286 | Jennifer McDonald v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS  1   06-1546 | Monique Howard v. Johnson & Johnson, et al. |
| INS  3   06-173 | Charlene Pryor v. Johnson & Johnson, et al. |
| **KENTUCKY WESTERN** | |
| KYW 1   06-167 | Lisa Keown v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN  0   06-4453 | Alicia Goens v. Johnson & Johnson, et al. |
| MN  0   06-4454 | Amanda Reed v. Johnson & Johnson, et al. |
| MN  0   06-4481 | Lakitta Reaves v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3   06-448 | Nikki J. Finger v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW JERSEY** | |
| NJ  2   06-3925 | Esmeralda Sipiran v. Johnson & Johnson, et al. |
| NJ  2   06-5113 | Delexea Hatcher v. Johnson & Johnson, et al. |
| NJ  2   06-5247 | Nichole Jenkins v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1   06-5564 | Carla Cardini v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3   06-947 | Sonia Michelle Wright v. Johnson & Johnson, et al. |
| TNM 3   06-1084 | Demeturia L. Kelly, etc. v. Johnson & Johnson, et al. |
| **TEXAS NORTHERN** | |
| TXN 3   06-1941 | Robin Kroner v. Johnson & Johnson, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4   06-3422 | Lynne Devlin v. Ortho-McNeil Pharmaceutical, Inc., et al. |